[No. 31812-1-II.  Division Two.  May 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EARL
FLEMMING, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 03-1-05435-8, Sergio Armijo, J., entered May
27, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J.; Houghton, J.,
dissenting.

[No. 33258-2-II.  Division Two.  May 23, 2006.]

CANTERWOOD HOMEOWNERS ASSOCIATION, *Appellant,* v. HILL
DESIGN AND CONSTRUCTION, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 04-2-14770-2, D. Gary Steiner, J., entered May 3,
2005. *Reversed* by unpublished opinion per Quinn-Brintnall,
C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 33325-2-II.  Division Two.  May 23, 2006.]

GEORGE L. BADGER ET AL., *Respondents,* v. D. HOLMES
ENTERPRISES, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 04-2-07790-2, Lisa R. Worswick, J., entered
June 2, 2005. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.